NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARLON DESHA FARR, SR., )
)
     Appellant, )
)
v. )     Case No. 2D17-4890
)
ANGELA WALLACE, )
)
     Appellee. )
_____ )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Pasco
County; Alicia Polk, Judge.

Matthew A. Menendez, Tampa, for
Appellant.

Elaine L. Thompson, Tampa, for
Appellee.

PER CURIAM.

     Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.